**Otis A. CLARK, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 49863.**

Missouri Court of Appeals,
Western District.

March 21, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 2, 1995.

Gary E. Brotherton, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Traci J. Sanders, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and LOWENSTEIN and HANNA, JJ.

### *ORDER*

PER CURIAM.

From judgment denying post-conviction relief under Rule 24.035 to set aside a plea to six sodomy convictions, the movant filed for relief based on abandonment of post-conviction counsel. Judgment affirmed. Rule 84.16(b).